RECEIVED
JAN 1 5 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-7 |
|---|---|---|
| | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | T. 18 U.S.C. § 924(a)(1)(A) |
| JOSHUA LEE SCHEPER, | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Makes False Statements During Firearm Purchases)

Between October 17, 2016 and December 3, 2016, in the Southern District of Iowa, the defendant, JOSHUA LEE SCHEPER, did knowingly make a false and fictitious written statement and representation with respect to information the law requires the licensed dealer to keep, in connection with the acquisition of one or more of the following firearms from licensed dealers of firearms:

| Date | Firearm | Licensed Dealer |
|---|---|---|
| 10/17/2016 | FEG Hungary SA 20000 Serial Number: DT7963H | Davenport Guns |
| 11/16/2016 | Technical Grinding AR-15 Serial Number: TGM00156 | Davenport Guns |
| 11/18/2016 | Masterpiece Arms MPA 930 Serial Number: FJ02198 | G&G Retailers |
| 11/25/2016 | .40 caliber Glock 23 Serial Number: BBNX130 | G&G Retailers |
| 12/03/2016 | Ruger LCP 380 Serial Number: 371803322 | Davenport Guns |

Specifically, the defendant falsely responded "Yes" to Question 11a on ATF Form 4473: "Are you the actual transferee/buyer of the firearm(s) listed on this form?   Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.   If you are not the actual

1

buyer, the dealer cannot transfer the firearm(s) to you."

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, JOSHUA LEE SCHEPER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney